IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Branch, Marion | Case Number: 07 B 13077 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/03/09 | Filed: 7/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  December 10, 2008
Confirmed:  November 7, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,360.00 |  |
| Secured: |  | 968.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,047.34 |
| Administrative: |  | 3,500.00 |
| Trustee Fee: |  | 344.02 |
| Other Funds: |  | 500.00 |
| Totals: | 6,360.00 | 6,360.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,500.00 | 3,500.00 |
| 2. | Illinois Dept of Revenue | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 1,044.37 | 968.64 |
| 4. | Internal Revenue Service | Priority | 2,707.76 | 850.78 |
| 5. | Illinois Dept of Revenue | Priority | 625.57 | 196.56 |
| 6. | RMI/MCSI | Unsecured | 18.00 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 52.67 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 99.99 | 0.00 |
| 9. | Educational Credit Management Corp | Unsecured | 1,193.89 | 0.00 |
| 10. | M3 Financial Services | Unsecured | 108.88 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 5,586.65 | 0.00 |
| 12. | Asset Acceptance | Unsecured | 124.50 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 262.14 | 0.00 |
| 14. | Capital One Auto Finance | Unsecured | 889.47 | 0.00 |
| 15. | Illinois Dept of Revenue | Unsecured | 1,001.80 | 0.00 |
| 16. | Peoples Energy Corp | Unsecured | 22.50 | 0.00 |
| 17. | Aspire Visa | Unsecured | 150.36 | 0.00 |
| 18. | Walton Radiology | Unsecured | 158.15 | 0.00 |
| 19. | Chicago Central | Unsecured | 5.20 | 0.00 |
| 20. | Mercy Hospital | Unsecured |  | No Claim Filed |
| 21. | Columbus Bank & Trust | Unsecured |  | No Claim Filed |
| 22. | AT&T | Unsecured |  | No Claim Filed |
| 23. | Collection Company Of America | Unsecured |  | No Claim Filed |
| 24. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 25. | Fast Cash | Unsecured |  | No Claim Filed |
| 26. | Dependon Collections Service | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Branch, Marion

Printed: 02/03/09

Case Number: 07 B 13077
Judge: Squires, John H
Filed: 7/20/07

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 28. | Illinois Eye Institute | Unsecured | | No Claim Filed |
| 29. | Leading Edge | Unsecured | | No Claim Filed |
| 30. | Grabowski & Greene | Unsecured | | No Claim Filed |
| 31. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| | | | $ 17,551.90 | $ 5,515.98 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 182.25 |
| 6.5% | 145.27 |
| 6.6% | 16.50 |
| | $ 344.02 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

